UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL ASSOCIATION of REALTORS,

  *Petitioner-Appellee*,

v.

UNITED STATES OF AMERICA, et al.,

  *Respondents-Appellants*.

No. 23-5065

**STATEMENT OF RESPONDENTS-APPELLANTS'
INTENT TO USE A DEFERRED APPENDIX**

Respondents-Appellants intend to use a deferred appendix pursuant to Fed. R. App. P. 30(c) and Circuit Rule 30(c). Counsel for Respondents-Appellants have conferred with counsel for Petitioner-Appellee; counsel for Petitioner-Appellee have indicated they do not object to Respondent-Appellants' use of a deferred appendix.

Respectfully submitted.

 /s/ Steven J. Mintz
Steven J. Mintz

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave. NW
Room 3224
Washington, DC 20530
(202) 353-0256
steven.mintz@usdoj.gov

*Counsel for the United States, et al.*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2023, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users, including counsel for Petitioner-Appellee.

/s/ Steven J. Mintz
Steven J. Mintz

*Counsel for the United States, et al.*