# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5065**                                    **September Term, 2023**

**1:21-cv-02406-TJK**

**Filed On: December 1, 2023** [2029518]

National Association of Realtors,

       Appellee

   v.

United States of America, et al.,

       Appellants

    **BEFORE:**    Circuit Judges Henderson, Walker, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, December 1, 2023 at 9:34 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

    Frederick Liu (DOJ), counsel for Appellants.

    Christopher Michel, counsel for Appellee.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

         BY:   /s/
               Anne A. Rothenberger
               Deputy Clerk