# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-5065**        **September Term, 2023**

1:21-cv-02406-TJK

**Filed On:** May 21, 2024

National Association of Realtors,

    Appellee

    v.

United States of America, et al.,

    Appellants

# O R D E R

Upon consideration of appellee's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk