# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5065**                              **September Term, 2023**

**1:21-cv-02406-TJK**

**Filed On:** May 29, 2024

National Association of Realtors,

     Appellee

  v.

United States of America, et al.,

     Appellants

**O R D E R**

Upon consideration of appellants' consent motion for a 15-day extension of time to respond to appellee's petition for rehearing en banc, it is

**ORDERED** that the motion to extend time be granted. Appellants' response to appellee' petition for rehearing en banc is now due June 20, 2024.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Daniel J. Reidy
     Deputy Clerk