# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5065**                                            **September Term, 2023**

1:21-cv-02406-TJK

**Filed On:** July 12, 2024

National Association of Realtors,

        Appellee

   v.

United States of America, et al.,

        Appellants

     **BEFORE:**    Henderson, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of appellee's petition for panel rehearing filed on May 20, 2024, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                        BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk