# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5065**  September Term, 2023

1:21-cv-02406-TJK

**Filed On:** July 12, 2024

National Association of Realtors,

    Appellee

  v.

United States of America, et al.,

    Appellants

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia*, Circuit Judges

## O R D E R

Upon consideration of appellee's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk
BY:    /s/
        Daniel J. Reidy
        Deputy Clerk

\* Circuit Judge Garcia did not participate in this matter.