ORAL ARGUMENT NOT YET SCHEDULED

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL ASSOCIATION of REALTORS,<br><br>    *Petitioner-Appellee*,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    *Respondents-Appellants*. | No. 23-5065 |

**CONSENT MOTION FOR AN AGREED BRIEFING SCHEDULE**

    The parties to this appeal have agreed on a proposed briefing schedule and hereby move the Court to enter the following deadlines as the governing briefing order:

Appellants' Proof Brief – June 2, 2023

Amicus briefs in support of Appellants – June 9, 2023

Appellee's Proof Brief – July 21, 2023

Amicus briefs in support of Appellees – July 28, 2023

Appellants' Reply – August 11, 2023

Deferred Joint Appendix – August 15, 2023

Final briefs – August 18, 2023

The parties therefore request that the Court grant this motion and enter the schedule set forth above.

Respectfully submitted.

/s/ Steven J. Mintz

Daniel E. Haar
Steven J. Mintz
U.S. Department of Justice,
Antitrust Division
950 Pennsylvania Ave. NW
Room 3224
Washington, DC 20530
(202) 353-0256
steven.mintz@usdoj.gov

*Counsel for the United States, et al.*

/s/Christopher Michel

Christopher Michel
Quinn, Emanuel, Urquhart
& Sullivan LLP
1300 I Street, NW Suite 900
Washington, DC 20005
(202) 538-8308
christophermichel@quinnemanuel.com

*Counsel for the National Association of Realtors*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 27(d)(2), Fed. R. App. P., the undersigned hereby certifies that:

1.  This document complies with the word limit of Fed. R. App. P. 27(d)(2) because this document contains 90 words, excluding the portions exempted by Fed. R. App. P. 32(f).

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word 2010 in Times New Roman font, size 14.

/s/ Steven J. Mintz
Steven J. Mintz

*Attorney for the United States, et al.*

**ADDENDUM**

## Certificate As to Parties, Rulings, and Related Cases

Pursuant to Circuit Rule 28(a)(1), Respondents-Appellants United States of America, et al. certify as follows:

**A.  Parties and Amici**

The parties that appeared before the district court and that are before this Court are:

1. Respondents-Appellants

   - United States of America

   - U.S. Department of Justice, Antitrust Division

   - (Before the district court) Richard A. Powers, in his official capacity as former Acting Assistant Attorney General, Antitrust Division

   - (Before this Court) Jonathan S. Kanter, in his official capacity as Assistant Attorney General, Antitrust Division (substituted for Richard A. Powers)

2. Petitioner-Appellee

   - National Association of Realtors

3. The district court did not grant any motion to intervene by any third parties, nor did it accept any proposed amicus briefs.  Counsel is not aware of any other intervenors or amici in this Court at this time.

B. **Rulings Under Review**

1.  The Order of the Honorable Timothy J. Kelly, U.S. District Court for the District of Columbia, entered on January 25, 2023, is not published in the Federal Supplement.

2.  The Memorandum Opinion accompanying the Order, also entered on January 25, 2023, is not published in the Federal Supplement but can be found at 2023 WL 387572.

C. **Related Cases**

The case now pending before this Court was not previously before this Court or any court other than the district court below. Counsel is not aware of any related case pending before this Court or any court.

/s/ Steven J. Mintz
Steven J. Mintz

*Attorney for the United States, et al.*

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| National Association of Realtors, <br><br> *Petitioner-Appellee,* <br><br> v. <br><br> United States of America, et. al, <br><br> *Respondents-Appellants.* | Case No. 23-5065 |

## NATIONAL ASSOCIATION OF REALTORS'® CORPORATE DISCLOSURE STATEMENT

I, the undersigned, counsel for Petitioner-Appellee National Association of REALTORS® ("NAR"), certify that to the best of my knowledge and belief, there are no parent companies or publicly-held companies with a 10% or greater ownership interest in NAR.

NAR is a trade association that represents more than 1.5 million residential and commercial brokers, salespeople, property managers, appraisers, counselors, and others engaged in the real-estate industry. NAR's purpose is to promote the

interests of member real-estate professionals as they preserve, protect and advance the right to real property for all.

|  |  |
|---|---|
| April 28, 2023 | Respectfully submitted, |
|  | /s/ *Christopher G. Michel* |
| Ethan Charles Glass | Christopher G. Michel |
| COOLEY LLP |   *Counsel of Record* |
| 1299 Pennsylvania Avenue, NW | William A. Burck |
| Suite 700 | Michael D. Bonanno |
| Washington, D.C. 20004 | Peter J. Benson |
| (202) 776-2244 | Rachel G. Frank |
|  | QUINN EMANUEL URQUHART & |
|  |   SULLIVAN LLP |
|  | 1300 I Street, NW |
|  | Suite 900 |
|  | Washington, D.C. 20005 |
|  | (202) 538-8000 |
|  |  |
|  | *Counsel for National Association of REALTORS®* |

## CERTIFICATE OF SERVICE

I certify that on April 28, 2023, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users, including counsel for Petitioner-Appellee.

    /s/ Steven J. Mintz
Steven J. Mintz

*Attorney for the United States, et al.*